305

**No. 63257.**—Park & Tilford Import Corp. *v.* United States, protests 995608–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 16, 1959

**No. 63258.**—Arbit Trading Company *v.* United States, protest 320818–K (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of parts of furniture similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiff was sustained.

**No. 63259.**—Robinson Import Export Corp. *v.* United States, protest 328572–K (New York).

Opinion by MOLLISON, J. At the trial, the official papers were received in evidence as collective exhibit 1. It appearing therefrom that the collector's classification was in error and that the correct classification of the merchandise is that claimed by the plaintiff, the protest was sustained.